IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>CEDAR FUNDING INC.,<br><br>　　　　　Debtor.<br>_____/<br><br>MONTEREY COUNTY BANK, et. al.,<br><br>　　　　　Appellant(s),<br>　v.<br><br>R. TODD NEILSON, Chapter 11 Trustee,<br><br>　　　　　Respodnent(s).<br>_____/ | CASE NO. 5:12-cv-00643 EJD<br><br>(Appeal from Neilson v. Aguirre (In re Cedar Funding, Inc.), Bankr. N.D. Cal. (San Jose) Case No. 08-52709 CN, Adv. No. 08-05299 CN)<br><br>Adv. Proc. No. 08-05299 CN<br><br>**ORDER DIRECTING CLERK TO REASSIGN ACTION TO JUDGE RONALD M. WHYTE** |

Having determined this action was incorrectly assigned under the terms of General Order 44, the court orders the Clerk to reassign this action to Judge Ronald M. Whyte as matters arising from the same underlying bankruptcy case are already pending before Judge Whyte.[1]

**IT IS SO ORDERED.**

Dated: February 23, 2012

　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Section (D)(9) of General Order 44 states: "Notwithstanding any other provision of the assignment plan, the clerk shall assign a bankruptcy matter to the same judge who as assigned any previously filed bankruptcy matter arising from the same case in the United States Bankruptcy Court."

1
CASE NO. 5:12-cv-00643 EJD
ORDER DIRECTING CLERK TO REASSIGN ACTION TO JUDGE RONALD M. WHYTE